IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-30-KAJ |
| ) | |
| DWAYNE CHAVOUS, PERCY ) | |
| SKINNER AND TIMOTHY McBRIDE, ) | |
| ) | |
| Defendants. ) | |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. Defendant Dwayne Chavous has been indicted by a Grand Jury for the District of Delaware on the following charges: (1) possession of cocaine with the intent to manufacture a substance containing more than 50 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); (2) possession with the intent to distribute a substance containing more than 5 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); (3) possession with the intent to distribute a substance containing a detectible amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and (4) conspiracy to commit the aforementioned crimes, in violation of 21 U.S.C. §846.

2. The defendant is scheduled for an initial appearance before this Court on April 27, 2006, at 1:00 p.m.

3. The defendant is currently being held pending trial on related State charges at the Howard R. Young Correctional Institution, and, therefore, must be writted out before this Court can conduct the initial appearance.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Howard R. Young Correctional Institution and to the United States Marshal for the District of Delaware to deliver Dwayne Chavous to the office of the United States Marshal on April 27, 2006, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

          COLM CONNOLLY
          United States Attorney

BY: _____/s/_____
      Christopher J. Burke
      Assistant United States Attorney

Dated: April 5, 2006

IT IS SO ORDERED this ___ day of _____, 2006.

          _____
          Honorable Mary Pat Thynge
          United States Magistrate Judge