AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

DWAYNE CHAVOUS

**WARRANT FOR ARREST**

Case Number: CR 06-30-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DWAYNE CHAVOUS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

POSSESSION OF COCAINE WITH INTENT TO MANUFACTURE MORE THAT 50 GRAMS OF COCAINE BASE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(A) _____

PETER T. DALLEO
Name of Issuing Officer

Evette Watson, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

3/29/06 in WILMINGTON, DE
Date and Location

FILED
MAY 3 0 2006
U.S. DISTRICT COURT

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dwayne Chavous

| DATE RECEIVED 3-29-06 | NAME AND TITLE OF ARRESTING OFFICER William David, DUSM | SIGNATURE OF ARRESTING OFFICER  |
|---|---|---|
| DATE OF ARREST 4-27-06 | | |