IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 06-30-1-KAJ |
| | : | |
| v. | : | |
| | : | |
| DWAYNE CHAVOUS | : | |

## MOTION OF DWAYNE TO JOIN MOTIONS OF CO-DEFENDANTS

Defendant, Dwayne Chavous, by his attorney, Stephen P. Patrizio, Esquire, respectfully moves to join in motions of co-defendants and represents the following:

1. Defendant is charged with participating in a conspiracy to distribute drugs and related offenses.

2. Defendant has filed certain pre-trial motions on behalf of his client and believes that the attorneys for co-defendants Timothy McBride and Percy Skinner will file Pre-trial Motions on behalf of their clients.

3. Defendant's counsel requests that this Honorable Court allow Mr. Chavous to join in any applicable Motions filed by co-defendants by reference herein.

**WHEREFORE,** defendant requests this Honorable Court to enter an order allowing defendant Dwayne Chavous to join in pre-trial motions filed by co-defendants.

Respectfully submitted,

STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant, Dwayne Chavous
1500 JFK Blvd., Suite 1205
Philadelphia, PA 19102
(215) 569-2121

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Join Motions of Co-Defendants has been served upon the following counsel by regular mail:

Christopher J. Burke, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

_____
STEPHEN P. PATRIZIO, ESQUIRE

DATE: 6-23-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| : | |
| v.    : | |
| : | |
| DWAYNE CHAVOUS     : | |

### ORDER

AND NOW, to wit, this _____ day of _____ 2006, the within Motion of Defendant Dwayne Chavous to Join Motions of Co-Defendants is hereby GRANTED.

BY THE COURT:

_____
J.

DRANOFF AND PATRIZIO, P.C.
ATTORNEYS AT LAW
2 PENN CENTER • SUITE 1205
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102

Clerk
United States District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801



**First Class Mail**



