## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :      Case No. 06-30-1-KAJ
                              :
           v.                 :
                              :
DWAYNE CHAVOUS            :

2006 JUN 27  PM 2: 11

## MOTION FOR DISCLOSURE OF EVIDENCE FAVORABLE TO DEFENDANT, DWAYNE CHAVOUS (BRADY MATERIAL)

Defendant, Dwayne Chavous by his attorney, Stephen P. Patrizio, Esquire, requests this

Court to permit him to inspect or copy all evidence in possession or control of, or known to the

Government, which may be favorable to Defendant and material either to guilt or punishment,

or which could reasonably weaken or affect any evidence proposed to be introduced against him,

or which is relevant to the subject matter of the indictment, or which in any manner may aid

him in the ascertainment of the truth. Such evidence should include, but not be limited to the

following:

1.      Statements of all persons who have been interviewed by an agent of the

government in connection with the subject matter of this case and whom the government does

not presently intend to call at trial.

2.      All statements or reports made by a prospective government witness in connection

with the subject matter of this case.

3.      The memoranda or summaries of any oral statements made to an agent of the

government by any person in connection with the subject matter of this case, whether not

a)      The statement, if in writing, has been signed or approved by a witness; or

b)      The statement relates to the proposed subject matter or the direct testimony of the witness at trial.

4.      The stenographic recording or transcription of any oral statement made by any person to an agent of the government in connection with the subject matter of the case, whether or not:

a)      The stenographic recording or transcription is substantially verbatim recital of the statement; or

b)      The statement was recorded contemporaneously with its making; or

c)      The statement relates to the proposed subject matter of the direct testimony of the witnesses at trial.

5.      The statements of persons, or memoranda or recordings or any oral statement of any persons, whether or not made to an agent of the government.

6.      A summary reflecting the criminal records and prior bad acts of all person the government intends to call at trial, including any inducements or money offered and/or paid for any reason in connection with their agreement to testify at trial or in front of the Grand Jury.

7.      All reports and memoranda prepared by or on behalf of the government or otherwise in connection with the investigation of this case.

8.      A list specifically identifying by name and address each person approached by the prosecution or other governmental agency or agents and asked whether information implicating Defendant in any criminal conduct could or would be provided.

9.      Documentation revealing:  the names of the foremen and deputy foreman of the grand jury which returned the instant indictment, the dates of each grand jury session and the attendance records thereof and the concurrence (and identification by number) of twelve legally

qualified grand jurors in the vote to return each count of the instant indictment.

10.     Information with respect to any details, arrangements or promises entered into with any individuals working for or on behalf of the Government, or who are connected to this case in any manner.

**WHEREFORE,** Defendant respectfully requests this Court to compel the government to disclose to him all exculpatory evidence as illustrated, but not limited, by the above-numbered paragraphs, at time sufficiently in advance of trial to afford counsel ample time to review and evaluate all the documents which may be received pursuant to this request.

Respectfully submitted,

By:     Dranoff and Patrizio, P.C.

STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant, Dwayne Chavous
1500 JFK Blvd., Suite 1205
Philadelphia, PA 19102
(215) 569-2121

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Case No. 06-30-1-KAJ** |
| : | |
| v. : | |
| : | |
| **DWAYNE CHAVOUS** _____ : | |

**MEMORANDUM OF LAW OF DEFENDANT, DWAYNE CHAVOUS
IN SUPPORT OF HIS MOTION FOR DISCLOSURE OF EVIDENCE FAVORABLE
TO HIM (BRADY MATERIAL)**

Pursuant to the constitutional mandate of Brady v. Maryland, 373 U.S. 83 (1963) and its

progeny, Defendant has made both general and specific requests for disclosure of evidence which

may be favorable to him.  In accordance with the policy of the Third Circuit to encourage the

production of potentially exculpatory evidence well in advance of trial, See United States v.

Kaplun, 544 F.2d 577, 581 (3d. Cir. 1977), Defendant requests that the government be compelled

to respond to his requests as soon as reasonably possible.

Brady v. Maryland, supra, forbids prosecutorial suppression of evidence favorable to an

accused where such evidence is material either the guilt or punishment of an accused.  Evidence

that might affect the outcome of the trial, including matters affecting the credibility of critical

witnesses, is considered to be material to the defense.  See e.g., United States v. Agurs, 427 U.S.

97 (1976); Giglio v. United States, 405 U.S. 150 (1972) United States v. McCrane, 527 F.2d 906,

911 (3d Cir. 1975).

When, as here,  a substantial basis for claiming materiality exists,  it is reasonable to

require the prosecution to respond by furnishing the information or by submitting the problem to the trial judge,  United States v. Agurs,  427 U.S. 97, 106 (1976).  Defendant submits that the potentially exculpatory information requested in the attached motion, may affect the outcome of his trial and that, accordingly, due process requires that such information be revealed to him. And in keeping with the express dictates of this Court, where there exists any doubt in the prosecutor's mind as to the exculpatory potential of any evidence in his possession, he or she should resolve any doubtful questions in favor of disclosure.  United States v. Deerfield Specialty Papers, Inc., 501 F. Supp. 796, 819 (E.D. Pa. 1980).  In this regard, notwithstanding the provisions of the Jenks Act, 18 U.S.C. ∋3500, a statement by a prospective government witness should be disclosed pursuant to this motion, to the extent that it contains any Brady  material. United States v. Five Persons, 472 F. Supp. 64,69 (D.N.J. 1979).

In accordance with the requirements of due process, Defendant respectfully requests this Court compel the government to disclose all requested exculpatory material.

Respectfully submitted,

By:     Dranoff and Patrizio, P.C.

STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant, Dwayne Chavous
1500 JFK Blvd., Suite 1205
Philadelphia, PA 19102
(215) 569-2121

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Suppress Physical

Evidence has been served upon the following counsel by regular mail:

Christopher J. Burke, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

STEPHEN P. PATRIZIO, ESQUIRE

DATE: 6-23-06

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA** :      **Case No. 06-30-1-KAJ**

                                    :

                    **v.**            :

                                    :

**DWAYNE CHAVOUS**            :

## ORDER

AND NOW, to wit, this            day of            2006, upon consideration

of the within Motion for Discovery of Evidence Favorable to him it is hereby ORDERED that

said Motion is GRANTED and it is further ORDERED that the Government shall produce and

permit Defendant to inspect or copy all requested evidence no later than

            , 2006.

BY THE COURT:

_____

                                    J.

DRANOFF AND PATRIZIO, P.C.
ATTORNEYS AT LAW
2 PENN CENTER • SUITE 1205
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102

Clerk
United States District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

First Class Mail



