IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| : | |
| v. : | |
| : | |
| DWAYNE CHAVOUS : | |

**DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF EVIDENCE
SUBJECT TO SUPPRESSION UNDER FED.R.CRIM.P. 12(b)(3)**

Defendant, Dwayne Chavous, by and through his attorney, STEPHEN P. PATRIZIO, ESQUIRE, hereby moves, pursuant to Rule 12(b)(3), F.R.Cr.P., for notice of the government's intent to use suppressible evidence.

This motion includes, but is not limited to:

1.  Any statements or "admissions by conduct" made by the defendant to whomever and wherever and whenever made, including but not limited to, any statements made during and/or in preparation of any polygraph examination of the defendant. Please provide the questions asked during any such polygraph;

2.  Any items, objects or information received as the product of a search executed by government agents;

3.  Any recordings made pursuant to wire taps, whether authorized or unauthorized, as well as the memorialized substance of conversations monitored by wiretap;

4.   Any pre-trial identification procedure including, but not limited to, line-ups, photo spreads, one on one show-ups, and displays of one or more photographs and one or more witnesses or potential witnesses;

5.   Any other evidence arguably obtained in violation of any federal, state or local law, including agency regulations;

6.   Any grand jury testimony the government has reason to suspect was perjured.

Respectfully submitted,

**DRANOFF AND PATRIZIO, P.C.**

BY: _____
STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant, Dwayne Chavous
1500 JFK Blvd., Suite 1205
Philadelphia, PA 19102
(215) 569-2121

## CERTIFICATE OF SERVICE

STEPHEN P. PATRIZIO, ESQUIRE, hereby certifies that a true and correct copy of the within MOTION was duly served upon the following by placing copies in an envelope addressed to the person hereinafter named and delivering via Regular Mail on the date below.

Christopher J. Burke, Esquire<br>
Assistant United States Attorney<br>
1007 Orange Street, Suite 700<br>
P.O. Box 2046<br>
Wilmington, DE 19899-2046

DATE: 6-23-06

STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant,
DWAYNE CHAVOUS

DRANOFF AND PATRIZIO, P.C.
ATTORNEYS AT LAW
2 PENN CENTER • SUITE 1205
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102

Clerk
United States District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801



First Class Mail

