IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| : | |
| v. : | |
| : | |
| DWAYNE CHAVOUS : | |

## MOTION OF DEFENDANT
## DWAYNE CHAVOUS SEEKING NOTICE
## OF F.R.E. RULE 404(b) MATERIAL

Defendant, Dwayne Chavous, by his attorney, Stephen P. Patrizio, Esquire, respectfully moves pursuant to F.R.E. Rule 404(b), for disclosure of any other crimes or bad act evidence the government intends to introduce at trial and represents the following:

1. The defendant is charged with participating in a conspiracy to distribute drugs and related offenses.

2. Defendant has, upon information and belief, no significant criminal history.

3. Defendant's counsel is of the belief that the government may attempt to utilize evidence of other crimes, wrongs or acts to impeach defendant and/or to attempt to discredit the defendant.

4. Defendant disputes the relevance of any such prior conduct and wishes the opportunity to litigate this matter pre-trial in order to be able to best prepare and present his defense.

5. Pursuant to F.R.E. Rule 404(b), defendant is entitled to disclosure of any crime, act or wrong that government intends to admit at trial.

**WHEREFORE,** defendant requests this Honorable Court to order the government to disclose, in a timely fashion any evidence of other crimes, wrongs or acts that it intends to introduce at trial in order to permit the defendant to then move in limine to exclude or limit such evidence.

Respectfully submitted,

By:   Dranoff and Patrizio, P.C.

_____
STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant, Dwayne Chavous
1500 JFK Blvd., Suite 1205
Philadelphia, PA 19102
(215) 569-2121

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Seeking Notice of F.R.E. Rule 404(b) Material has been served upon the following counsel by regular mail:

Christopher J. Burke, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

STEPHEN P. PATRIZIO, ESQUIRE

DATE: 6-23-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| : | |
| v. : | |
| : | |
| DWAYNE CHAVOUS       : | |

## ORDER

AND NOW, to wit, this _____ day of _____ 2006, the within Motion of Defendant Dwayne Chavous Seeking Notice of F.R.E. Rule 404(b) Material is hereby GRANTED and the government is ORDERED to produce said material by _____.

BY THE COURT:

_____
J.

DRANOFF AND PATRIZIO, P.C.
ATTORNEYS AT LAW
2 PENN CENTER • SUITE 1205
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102

Clerk
United States District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801





First Class Mail



