IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| v.                        : | |
| DWAYNE CHAVOUS            : | |

**MOTION OF DEFENDANT
DWAYNE CHAVOUS FOR ADDITIONAL TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Dwayne Chavous, by and through his attorney, STEPHEN P. PATRIZIO, ESQUIRE, hereby moves this Honorable Court, for a continuance of the pretrial motions filing deadline. In support of this motion the Defendant states:

1. Defendant, Dwayne Chavous was indicted on March 28, 2006. The Pre-Trial Motion's Deadline is currently June 23, 2006.

2. Defense counsel has received a limited amount of what is anticipated to be voluminous documents. Discovery is ongoing at this time and there are currently motions pending for 404(b) and 12 (b)(3) materials. Accordingly, it is unreasonable to expect adequate and effective preparation for pretrial motions within the time limits established by the Speedy Trial Act.

3. The failure to grant the requested continuance will likely result in a miscarriage of justice, and will deny defense counsel the reasonable time necessary to prepare effectively the defense, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161 (h)(8)(B)(I) and (iv).

WHEREFORE, based on the averments and reasons above, Defendant, Dwayne Chavous, requests a Pretrial Motions Continuance with pretrial motions by the defendant due within sixty days.

                                    Respectfully submitted,

By:    Dranoff and Patrizio, P.C.

_____
STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant, Dwayne Chavous
1500 JFK Blvd., Suite 1205
Philadelphia, PA 19102
(215) 569-2121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time to File Motions has been served upon the following counsel by regular mail:

Christopher J. Burke, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

STEPHEN P. PATRIZIO, ESQUIRE

DATE: 6-23-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| v.    : | |
| DWAYNE CHAVOUS    : | |

### ORDER

AND NOW, to wit, this _____ day of _____ 2006, the within Motion of Defendant Dwayne Chavous to Extend Time to File Pre-Trial Motions is hereby GRANTED and Defendant's Motions shall be due by _____.

BY THE COURT:

_____
                                                    J.

DRANOFF AND PATRIZIO, P.C.
ATTORNEYS AT LAW
2 PENN CENTER • SUITE 1205
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102

Clerk
United States District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801



First Class Mail

