IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| : | |
| v. : | |
| : | |
| DWAYNE CHAVOUS           : | |

ORDER

AND NOW, to wit, this 18th day of July 2006, the within Motion of Defendant Dwayne Chavous to Extend Time to File Pre-Trial Motions is hereby GRANTED and Defendant's Motions shall be due by August 23, 2006.

BY THE COURT:

_____
J.