IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DWAYNE CHAVOUS, PERCY SKINNER ) <br> and TIMOTHY McBRIDE, ) <br> ) <br> Defendants. ) | Criminal Action No. 06-30-KAJ |

### ORDER

WHEREAS the above named Defendants having entered a plea of not guilty to the charges pending against them in this court;

WHEREAS, to date, Defendants Percy Skinner and Timothy McBride have not file pretrial motions;

WHEREAS, Defendant Dwayne Chavous has filed a Motion For Discovery Pursuant To Federal Rule Of Criminal Procedure 12(b) (D.I. 31, 32 and 33);

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **November 16, 2006 at 4:30 p.m.**, in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington. Because this conference is intended for scheduling only, the appearance of Defendants is not required by the court.

UNITED STATES DISTRICT JUDGE

October 24, 2006
Wilmington, Delaware