IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiffs,        )
                                   )
        v.                         )    Criminal Action No. 06-30-KAJ
                                   )
DWAYNE CHAVOUS, PERCY SKINNER      )
and TIMOTHY McBRIDE,               )
                                   )
                Defendants.        )

## ORDER

At Wilmington this **31st** day of **October, 2006**,

IT IS HEREBY ORDERED that the scheduling conference presently set

for **November 16, 2006 at 4:30 p.m.** is hereby rescheduled to **November 9, 2006 at**

**4:30 p.m.**, as a scheduling teleconference.  **Counsel for the Government shall**

**initiate the call.**


_____
UNITED STATES DISTRICT JUDGE