IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.    ) | Criminal Action No. 06-30-KAJ |
| ) | |
| DWAYNE CHAVOUS, PERCY SKINNER ) | |
| and TIMOTHY McBRIDE, ) | |
| ) | |
| Defendants.  ) | |

### SCHEDULING ORDER

The above named defendants having entered a plea of not guilty to the charges pending in this case, and it therefore being necessary to bring the case promptly to trial, and the Court having met with counsel by telephone, IT IS HEREBY ORDERED that:

1. Each defendant shall submit to the Court a written waiver of speedy trial, signed by the defendant and counsel, on or before **November 17, 2006**.

2. If the speedy trial waivers are not timely submitted, a four day Jury Trial is scheduled to commence on **December 18, 2006,** beginning at **9:30 a.m.** in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel shall arrive in the courtroom at **9:15 a.m.**, so that the Court may address any remaining pretrial issues.  Except for the first day of trial, trial shall commence each day at **9:00 a.m.**

3. If the speedy trial waivers are timely submitted, a four day Jury Trial is scheduled to commence on **February 26, 2007,** beginning at **9:30 a.m.** in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel shall arrive in the courtroom at **9:15 a.m.**, so that the Court may address any

remaining pretrial issues. Except for the first day of trial, trial shall commence each day at **9:00 a.m.**

4. The Court will hold a pretrial conference in chambers on **February 15, 2007** at 4:00 p.m. Counsel for the parties shall consult in an attempt to agree upon appropriate jury instructions and special voir dire questions for the jury panel. No later than **one week prior to the pretrial conference**, counsel for the government shall submit an agreed upon set of jury instructions which also reflects any areas of disagreement between the parties, with supporting authorities and objections. The same submission should contain any proposed special voir dire of the jury panel. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of the proposed jury instructions and proposed special voir dire. Any motions in limine shall be submitted in a manner so that all briefing related to them is completed on the day that the joint set of jury instructions and proposed voir dire is due.

5. Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea, except a plea to all counts of the indictment or information, shall be noticed on or before the date of the pretrial conference.

                                                        */s/ Kent A. Jordan*
                                                      UNITED STATES DISTRICT JUDGE

DATE: November 9, 2006
Wilmington, Delaware