

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*
*1007 N. Orange Street, Suite 700*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*

November 16, 2006

The Honorable Kent A. Jordan
United States District Judge, District of Delaware
U.S. Courthouse, 844 King Street
Wilmington, DE 19801

    Re:   **United States v. Dwayne Chavous**
           **Criminal Action No.  06-30-01-KAJ**

Dear Judge Jordan:

     Pursuant to the Court's recent request, the Government has been in contact with counsel for the defendant in the above-referenced matter, Steven Patrizio, regarding the discovery motions previously filed on the defendant's behalf. Mr. Patrizio has confirmed that, in light of the Government's response to those motions, the defendant does not have any outstanding issues to raise with the Court at this time.

                                           Respectfully submitted,

                                           COLM F. CONNOLLY
                                           United States Attorney

                                  BY:_____/s/_____
                                           Christopher J. Burke
                                           Assistant United States Attorney

cc:    Stephen P. Patrizio, Esq.