IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 06-30-1-KAJ |
| v. : | |
| DWAYNE CHAVOUS     : | |

**VERIFICATION OF DEFENDANT**
**FOR VOLUNTARY WAIVER OF SPEEDY TRIAL ACT**

I, DWAYNE CHAVOUS, do hereby verify the following:

1. I am the defendant in the above-captioned matter, currently pending in the United States District Court for the District of Delaware.

2. I am voluntarily waiving my rights under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq.*, and have directed my attorney, Stephen P. Patrizio, Esquire, to obtain a continuance of the trial of this matter.

3. Mr. Patrizio has explained to me that the trial of this matter must commence within 70 days from my arraignment, 18 U.S.C. §3161(c)(1), and that if no time is excludable under 18 U.S.C. §3161(h), the Indictment can be dismissed. 18 U.S.C. §3162.

4. I understand Mr. Patrizio's explanations as set forth in paragraph 3, above, but nonetheless want my trial to be continued and voluntarily waive my rights under the Speedy Trial Act.

_____
DWAYNE CHAVOUS

DATE: Nov. 16, 06