12-22-06

Dr. Peter T. Dalleo,

I am respectfully requesting that you take record and distribute copies to all parties with ties, involvement with case No. 06-30-1-KAJ U.S.A v. Dwayne Chavous.

If there are any problems please write back with a response or a letter of confirmation.

Thanks, Dwayne Chavous



BD scanned

Thanks

Dwayne Chavous
Dwayne Chavous
125 Cemetery Rd.
SCCF Woodstown, N.J. 08098

Addresses of:

Christopher J. Burke, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE. 19899-2046

My Attorney: Stephen P. Patrizio
1500 JFK Blvd., Suite 1205
Philadelphia, PA. 19102

Judge: Kent A. Jordan
U.S. Courthouse,
844 King St., Lockbox 10,
Wilmington, DE. 19801