IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-30 JJF |
| DWAYNE CHAVOUS, PERCY SKINNER, TIMOTHY McBRIDE, | : |
| Defendants. | : |

### O R D E R

WHEREAS, on January 10, 2007, the above-captioned case was reassigned to this Court from the docket of Judge Jordan;

WHEREAS, the previously scheduled trial date of February 26, 2007 conflicts with this Court's calendar, and therefore has been cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A teleconference will be held on **Thursday, March 1, 2007 at 12:00 p.m.** to discuss the rescheduling of trial.

2. The time between the date of this Order and March 1, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

January 18, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE