

**U.S. Department of Justice**

*United States Attorney's Office
District of Delaware*

---

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

March 1, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Dwayne Chavous, Percy Skinner, Timothy McBride
          Criminal Action No. 06-30 JJF**

Dear Judge Farnan:

    The U.S. Attorney's Office has extended plea offers to each of the three defendants. Defendant Chavous was made a plea offer to Count Two of the Indictment, which charged possession with intent to distribute greater than 5 grams of cocaine base. His counsel, Stephen P. Patrizio, Esquire, advises that he will not be able to visit his client in prison until next week but expects the plea offer will be accepted.

    Defendant Timothy McBride, represented by Eugene J. Maurer, Jr., Esquire, was offered a plea in Superior Court for New Castle County to maintaining a dwelling, with a recommendation of time served. Mr. Maurer reports that he has not had an opportunity to visit his client but expects the plea offer will be accepted.

    Defendant Percy Skinner, represented by Terry L. Pugh, Esquire, was offered a plea in Superior Court for New Castle County to possession with intent to distribute a controlled substance, with a recommendation of time served. Mr. Pugh advises that his client accepts the plea offer. The U.S. Attorney's office presently is working with a Deputy Attorney General to draw up the paperwork for that guilty plea.

    Unless directed to do so earlier, the United States will provide a status report to the Court by Friday, March 9, 2007.

                                              Very truly yours,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                            By:
                                            Edmond Falgowski
                                            Assistant United States Attorney

pc:    Stephen P. Patrizio, Esquire
        Eugene J. Maurer, Jr., Esquire
        Terry L. Pugh, Esquire