

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building                                    *(302) 573-6277*
1007 Orange Street, Suite 700                   *FAX (302) 573-6220*
P.O. Box 2046
Wilmington, Delaware 19899-2046

March 29, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal building
844 King Street
Wilmington, Delaware 19801

Re:  **United States  v.  Dwayne Chavous**
     **Criminal Action No. 06-30-01-JJF**

Dear Judge Farnan:

Please accept this letter as a status report regarding the plea agreement the Government has reached with the defendant.

On this date, the legal assistant of Stephen P. Patrizio, Esquire, counsel for the defendant, reported that Mr. Patrizio has just finished a lengthy trial and is scheduled to visit tomorrow defendant Chavous, a pretrial detainee, to review the Government's plea offer.

The Government will relay to the Court the results of Mr. Patrizio's meeting with his client.

The Government respectfully submits a proposed Order excluding under the Speedy Trial Act the time between April 1 and April 30, 2007.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By:

Edmond Falgowski
Assistant United States Attorney

pc:  Stephen P. Patrizio, Esquire

EF:slb

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-30-1-JJF |
| | ) | |
| DWAYNE CHAVOUS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

WHEREAS, by letter dated March 29, 2007, the Government advised the Court that Stephen

P. Patrizio, Esquire, counsel for defendant, is scheduled to meet with his client on March 30, 2007,

to review the Government's plea offer;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Government shall notify the Court as to the status of the above-captioned case no

later than April 30, 2007, or file a proposed plea agreement.

2.    The time between April 1, 2007 and April 30, 2007, shall be excludable under the Speedy

Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).


HONORABLE JOSEPH J. FARNAN, JR.
United States District Court