IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DWAYNE CHAVOUS, )<br>)<br>Defendant. ) | Criminal Action No. 06-30-1-JJF |

### ORDER

WHEREAS, by letter dated March 29, 2007, the Government advised the Court that Stephen P. Patrizio, Esquire, counsel for defendant, is scheduled to meet with his client on March 30, 2007, to review the Government's plea offer;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Government shall notify the Court as to the status of the above-captioned case no later than April 30, 2007, or file a proposed plea agreement.

2. The time between April 1, 2007 and April 30, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court   3/30/07



FILED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE