IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-30-1 JJF |
| DWAYNE CHAVOUS, | : |
| Defendant. | : |

O R D E R

WHEREAS, the Court received a Memorandum Of Plea Agreement in the above-captioned case (D.I. 66);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Thursday, May 10, 2007 at 3:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and May 10, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 25, 2007
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

