IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-30-1 JJF |
| DWAYNE CHAVOUS, | : | |
| Defendant. | : | |

<u>O R D E R</u>

WHEREAS, the Court received a Memorandum Of Plea Agreement in the above-captioned case (D.I. 66);

WHEREAS, the May 10, 2007 hearing was continued at the request of counsel for defendant;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, July 10, 2007 at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between May 10, 2007 and July 10, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 <u>et</u> <u>seq</u>.)

June 22, 2007          _____
     DATE                  UNITED STATES DISTRICT JUDGE

FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE