IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-30-1 JJF |
| DWAYNE CHAVOUS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, due to a scheduling conflict, Sentencing scheduled for Thursday, October 4, 2007, at 11:00 a.m. will be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Friday, October 19, 2007, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 14, 2007
DATE

UNITED STATES DISTRICT JUDGE