IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    :
    :
       Plaintiff,    :
    :
    v.    :    Criminal Action No. 06-30-1 JJF
    :
DWAYNE CHAVOUS,    :
    :
       Defendant.    :

## O R D E R

IT IS HEREBY ORDERED that Defendant's Sentencing set for October 19, 2007 will be rescheduled for **Friday, November 9, 2007, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

_October 16, 2007_
    DATE

          UNITED STATES DISTRICT JUDGE



FILED

OCT 1 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE