IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>DWAYNE CHAVOUS, PERCY SKINNER<br>AND TIMOTHY McBRIDE,<br>　　　Defendants. | §<br>§<br>§　CRIMINAL ACTION: CR 06-30 KAJ -(JJF)<br>§<br>§<br>§<br>§<br>§ |

**FILED**
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 APR -6 PM 3:33

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:　DAVID THOMAS, UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION

GREETINGS:

　　We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DWAYNE CHAVOUS** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL INSTITUTION and who is a defendant in the above-entitled cause, in which cause the said **DWAYNE CHAVOUS** was charged in CR 06-30-KAJ with violations of Title 21 U.S. Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C) for an **INITIAL APPEARANCE HEARING** on **April 27, 2006 at 1:00 PM** and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and to be returned, at the expense of the United States Government, to the HOWARD R. YOUNG CORRECTIONAL INSTITUTION only after a final disposition of the charges has occurred in the District of Delaware, as the case may be.

　　And have you then and there this writ.

　　To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Kent A. Jordan, District Judge of the District Court of the United States for the District of Delaware, this 6th day of April, 2006.

CERTIFIED: 4/6/06
A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY: _Monica Mosley_
　　Deputy Clerk

Peter T. Dalleo, CLERK

By: _Cheryl A. Stein_
　　Deputy Clerk

CLERK U.S. FILED
DISTRICT COURT
DISTRICT OF DELAWARE
2007 NOV 26 AM 9:46